| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD M. WOLKOWITZ (State Bar No. 68298)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: EMW@LNBYG.COM; JSK@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Nancy J. Zamora, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>GREEN NATION DIRECT CORPORATION,<br>Substantively Consolidated with, N.R.G. Investment Group<br><br><br>Debtor(s). | CASE NO.: 1:18-bk-12698-MT<br><br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 05/13/2024 | **Time:** 11:00 am |
|---|---|
| **Location:**  Courtroom 302, 21041 Burbank Boulevard, Woodland Hills, CA 91367 | |

**Type of Sale**:    ☒ Public    ☐ Private        **Last date to file objections**: 04/29/2024

**Description of property to be sold**:
Judgments against Aviva Home Improvement, Bryan Vasquez, Carlos Gonzalez, Genesis Innovators, Inc., and Camilo Uribe (the "Judgments")

See Exhibit "1" hereto.

**Terms and conditions of sale**:
The Judgments will be sold on an "as-is" basis without any representations or warranties of any kind and free and clear of liens, claims and interests, and pursuant to the "Asset Purchase Agreement."

See attached Exhibit 1.

**Proposed sale price**: $ 15,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 1                                                **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

See attached Exhibit 1.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Property is not being sold free and clear of liens or other interests. However, the time and location of the hearing are as follows:
May 13, 2024 at 11:00 a.m.
Courtroom 302, 21041 Burbank Boulevard, Woodland Hills, CA 91367

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JSK@LNBYG.COM

Date: 03/14/2024

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

**Exhibit 1 to Form 6004-2.NOTICE.SALE**

**Description of property to be sold**: Default or stipulated judgments against the following persons and entities summarized in the below chart (the "Judgments"):

| Name (Adversary Proceeding No. or Bankruptcy Case No.) | Judgment Amount |
|---|---|
| Aviva Home Improvement (1:20-ap-01100-MT) | $10,989.14 |
| Bryan Vasquez (20-ap-01090-MT) | $142,550.00 |
| Carlos Gonzalez (20-ap-01091-MT) | $22,500.00 |
| Genesis Innovators, Inc. (20-ap-01109-MT) | $46,480.00 |
| Camilo Uribe (1:18-bk-12698-MT) | $770,000 |

**Terms and conditions of sale**: Pursuant to the terms and conditions set forth on **Exhibit "1"** to the Motion.

* Purchaser: IFL;
* Purchase Price: $15,000, subject to overbid;
* Condition of Judgments: The Judgments will be sold on an "as-is" basis without any representations or warranties of any kind and free and clear of liens, claims and interests; and
* Brokers' Commissions: None

**Overbid procedure**: (1) any person interested in submitting an overbid on the Judgments must attend the hearing on the Motion or be represented by an individual with written authority to participate in the overbid process; (2) an overbid will be defined as an initial overbid of $2,000 above the Purchase Price, with each additional bid in increments of at least $1,000; (3) overbidders must deliver a deposit to the Trustee by way of cashier's check made payable to "Nancy J. Zamora, Chapter 7 Trustee" in the amount of $5,000 (the "Deposit") and proof of ability to close unconditionally in a form acceptable to the Trustee prior to the hearing on the Motion; (4) overbidders must purchase the Judgments on the same terms and conditions as IFL, and, if successful, will be required to execute a purchase agreement with no contingencies, with the same terms and conditions as the APA with IFL; (5) the Deposit of the successful overbidder shall be forfeited if such party is thereafter unable to complete the purchase of the Judgments within 7 calendar days of entry of an order confirming the sale; and (6) in the event the successful overbidder cannot timely complete the purchase of the Judgments, the Trustee shall be authorized to proceed with the sale to the next highest overbidder (as applicable).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **_March 14, 2024_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**   kate.bunker@usdoj.gov
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Joseph P Fleming**   rf@jpfleminglaw.com, mreyes@jpfleminglaw.com
- **Stella A Havkin**   stella@havkinandshrago.com, shavkinesq@gmail.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Ira Benjamin Katz**   IKatz@katzlaw.net, ikatz@ecf.inforuptcy.com
- **Jeffrey S Kwong**   jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **David B Lally**   davidlallylaw@gmail.com
- **Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Shai S Oved**   ssoesq@aol.com, Ovedlaw@hotmail.com
- **David L Prince**   dlp@redchamber.com
- **Louis J Sarmiento**   louis@sfcounsel.com, shawn@sfcounsel.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Larry D Simons**   larry@lsimonslaw.com, simonsecf@gmail.com;simonslr44533@notify.bestcase.com
- **Richard P Steelman**   rps@lnbyg.com, john@lnbyb.com
- **Scott Talkov**   scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
- **Alla Tenina**   alla@teninalaw.com, jenny@teninalaw.com;aguilar.jenniferb119499@notify.bestcase.com
- **Jesse J Thaler**   jessejthaler@gmail.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Robert G Uriarte**   rgulawoffice@gmail.com
- **Freddie V Vega**   mrvega@freddievegalaw.com, info@freddievegalaw.com
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Kimberly Sabrina Winick**   kwinick@clarktrev.com, jthomas@clarktrev.com
- **Edward M Wolkowitz**   emw@lnbyg.com
- **Nancy J Zamora (TR)**   zamora3@aol.com, nzamora@ecf.axosfs.com

2. **SERVED BY UNITED STATES MAIL**: On **_March 14, 2024_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen Tighe
United States Bankruptcy Court
21041 Burbank Blvd, Ste 324
Woodland Hills, CA  91367

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 14, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2024 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**